UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

Victor M. Rivera-Ramos,
    Defendant

and

Intel of Puerto Rico, LTD.,
    Garnishee

Civil: 97-2899(HL)

Collection of Money

<u>ORDER</u>

Upon application for Writ of Continuing Garnishment and Notice thereof filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that judgment was entered by this Court against defendant Victor M. Rivera-Ramos, and said defendant has failed to pay to the plaintiff the sum of money adjudged to be paid under said judgment;

And it appearing further that demand for payment of the above stated debt was made upon debtor not less than 20 days from March 12, 1998, and debtor has failed to satisfy the debt;

NOW THEREFORE, IT IS ORDERED that the Clerk of the Court issue the Writ of Continuing Garnishment addressed to defendant's employer, Intel of Puerto Rico, LTD., which shall read as follows:

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody,

USA v Victor M. Rivera-Ramos
Civil No. 97-2899(HL)
Page 2

control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

State whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: Federal Building, 1st Floor, Room 150, Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918. Additionally, you are required by law to serve a copy of this writ upon the debtor Victor M. Rivera-Ramos, Calle 10, No. F-12, Sector La Plata, Cayey, PR 00736 and upon the United States Attorney, Federal Building, Room 452, Financial Litigation Unit, Chardon Avenue, Hato Rey, Puerto Rico 00918. Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the Claim for Exemption Form that shall be attached to the writ.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness. If you fail to answer this writ or fail to withhold property in accordance with this writ, the United States of America

USA v Victor M. Rivera-Ramos
Civil No. 97-2899(HL)
Page 3

may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

IT IS FURTHER ORDERED that the Clerk of the Court issue a Notice of Post Judgment Garnishment in substantially the form provided in 28 U.S.C. Section 3202(b).

SO ORDERED.

In San Juan Puerto Rico, this 14 day of June, 2000.

HECTOR LAFFITTE
UNITED STATES DISTRICT JUDGE