UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
    Plaintiff

v.                                           **CASE NUMBER: 97-2899 (HL)**

Victor M. Rivera Ramos
    Defendant

v.

Intel of Puerto Rico, LTD.
    Garnishee

| MOTION |
|---|
| Date Filed: 12.19.00     Docket # 9     [x] Plffs  [] Defts     [ ] Other<br>Title: Motion Requesting Garnishment Order |
| **ORDER** |
| **Denied without prejudice.** Plaintiff makes reference to the answer to the Writ of Garnishment filed by garnishee. (Dkt. 10) However, garnishee failed to file the answer with the Clerk of the Court as indicated in the Writ of Garnishment. (Dkt. 7) Before issuing an Order to the Garnishee the Court must review garnishee's reply. Moreover, the proposed Order of Garnishment does not specify that the amount to be paid to plaintiff is 25% of defendant's disposable earnings *per week*. 15 U.S.C. § 1673(a)(1). |

Date 12/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


