UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                                   97-CV-2899(HL)

VICTOR M. RIVERA-RAMOS,
    Defendant                     Collection of Money

    and

INTEL OF PUERTO RICO, LTD.,
    Garnishee

### ORDER TO THE GARNISHEE

A Writ of Garnishment, directed to garnishee, Intel of Puerto Rico, LTD., has been duly issued and served upon the garnishee. Pursuant to said Writ of Garnishment, the garnishee filed an answer stating that at the time of the service of the writ they had in their possession or under their control non-exempted disposable earnings belonging to and due defendant in the sum of $286.09.

On or about July 21, 2000, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

PURSUANT TO 28 U.S.C. §3205(c)(7), IT IS ORDERED that garnishee pay the sum equal to 25% of defendant's non-exempted disposable earnings pay period, to plaintiff, and continue said payments every pay-period thereafter, until the debt to the plaintiff is paid



USA V. Victor M. Rivera-Ramos
97-cv-2899(HL)
Page 2

in full or until the garnishee no longer has custody, possession or control of defendant's 25% non-exempted disposable earnings or until further order of this Court. Payments shall be made to the order of the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Financial Litigation Unit, Room 452, Federal Office Building, Hato Rey, Puerto Rico 00918.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of February, 2001.

HECTOR M. LAFFITTE
United States District Judge