UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
    Plaintiff

    v.

Victor M. Rivera,
    Defendant

    v.

Intel of Puerto Rico
    Garnishee

**CASE NUMBER: 97-2899 (HL)**

| ORDER |
|---|
| Docket 16 - Noted. |

May 30, 2001
Date

_for_ [signature], US Magistrate Judge
HECTOR M. LAFFITTE
Chief U.S. District Judge