UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
Plaintiff

v.

CASE NUMBER: 97-2899 (HL)

Victor M. Rivera-Ramos,
Defendant

v.

Intel of Puerto Rico, LTD.
Garnishee

| MOTION | ORDER |
|---|---|
| Date Filed: 3/18/02   Dockets: 18<br>[x] Plffs  [] Defts [ ] Other<br>Title: **Motion to Request Closing of File** | The Court hereby orders that his case be administratively closed until the plaintiff moves for re-opening. |

Date        3/28/2002

HECTOR M. LAFFITTE
Chief U.S. District Judge


